**Exhibit A**



# Service Agreement

☐ Janitorial/Custodial Services

☐ Day Porter Service

☐ Ambassador Service

☐ Parking

☐ Transportation

☐ Facilities Engineering

☐ HVAC/Mechanical

☐ EV Charging Stations

☑ Other

*(Updated 2.1.23)*



## SERVICE AGREEMENT

This Service Agreement (the "Agreement") is made May 6, 2024, between **ABM Industry Groups, LLC** ("ABM"), and **Edward Waters Univesity** ("Client").

1.  **Services**. ABM will provide services to Client or its agent at the location(s) listed on the attached **Exhibit A** and according to the specifications in **Exhibit A** (the "Services"). ABM may perform the Services by any reasonable means and shall not be responsible for delays in performance beyond its control.

2.  **Term**. This Agreement shall be in effect commencing **June 17, 2024 – June 16, 2029**, and shall continue thereafter for successive periods of twelve months, subject to any termination pursuant to the terms and conditions of this Agreement.

3.  **Termination**. If Client is dissatisfied with the quality of the Services, Client may inform ABM in writing of the specific areas of dissatisfaction, and if ABM shall fail to substantially correct the deficiencies within 30 days, Client may then terminate this Agreement by thirty (30) days' written notice to ABM. Either party may terminate this Agreement by providing thirty (30) days' written notice to the other party, and ABM may terminate services at any time without notice for nonpayment. All property and equipment furnished by ABM under this Agreement shall remain its property. Upon the termination of this Agreement, ABM shall have a reasonable time to remove its property and equipment from Client's premises.

4.  **Price**. Client agrees to pay ABM monthly for the Services in accordance with the schedule attached as **Exhibit B**. If Client requires issuance of a Purchase Order Number ("PO") in order for ABM to submit an invoice, Client shall provide ABM with a PO promptly upon Contract execution and shall provide ABM thirty (30) days written notice in advance of any change or update to an existing PO. Any PO issued by Client shall note the service location and all new, updated and PO renewals must be sent to PO_Update@abm.com and the local ABM point of contact. Invoices shall be distributed by ABM in PDF format via an automated email process unless other arrangements are agreed to in writing by the parties. All third-party fees for billing and invoice processing shall be the responsibility of Client, and shall be billed by ABM to Client as third-party fees are incurred. Payment shall be due within thirty (30) days from the earlier of the date of invoice or the last day of each month for which the Services were performed. A late charge of the lesser of (a) 1.5% per month or (b) the maximum rate permitted by law, shall be paid by Client to ABM on any past due payment not received within fifteen (15) days after the payment due date. If Client's account is referred to an agency or attorney for collection, Client shall reimburse ABM for its attorneys' fees and collection costs. The price is based upon the service area and frequency of the Services in the attached specifications. If there is any change in either, Client and ABM agree to negotiate a reasonable price adjustment.

5.  **Price Adjustments**. The attached price schedule is based on present wages and fringe benefits. The parties agree that the Price shall be adjusted due to factors beyond its reasonable control, including but not limited to increases to local, state and/or federal government mandated wage/health and welfare increases; union mandated wage/health and welfare increases and associated payroll costs where applicable; payroll taxes; union pension increases where applicable; subcontracting costs, material costs, or other supply and insurance and cost changes including, without limitation, increases resulting from insufficient labor supply in certain affected markets as of the date incurred. If wage/benefit adjustments above those in effect on the execution date of this Agreement are necessary Client agrees to a proportionate increase in the Price, payable retroactively when applicable. ABM will notify Client as soon as possible if retroactive payments may be due. Client's obligation for such price adjustments shall survive the termination of this Agreement.

6.  **Adjustments for CPI**. At the end of each twelve (12) month period during the Term of this Agreement, the price shall be increased by the greater of: (a) three percent (3%), or (b) a percentage equal to the percentage increase in the Consumer Price Index for All Urban Consumers (CPI-U) during the twelve (12) month period immediately prior to the first day of the then current annual period.

*(Updated 2.1.23)*

7.    **Extraordinary Cost Changes**. If any extraordinary event affects ABM's costs, upon notice to Client the parties agree to negotiate a reasonable Price adjustment. Such events shall include armed hostilities, riots, strikes, picketing, boycott, acts of God, national financial or economic disturbances, epidemics, pandemics, quarantine or government mandated shutdown, generalized lack of availability of supplies, and other events not reasonably foreseeable or against which ABM reasonably cannot protect itself.

8.    **Equipment.** In event that this Agreement is cancelled or terminated prior to the expiration of its then current term, Client shall pay ABM within thirty (30) days after such cancellation or termination for any unamortized costs of any equipment purchased by ABM for use at the Client's locations. The amortization period shall be based on the date that the equipment was put into service.

9.    **Holidays**. ABM is not obligated to perform Services on the following holidays: Juneteenth, Independence Day, Labor Day, Veterans Day, Thanksgiving Holidays (3 Days), Christmas Holidays (3 Days), New Years Day, MLK Day, Good Friday, Easter Monday and Memorial Day. Services on these holidays, when requested, shall be charged on an over-time basis. Further, if such holiday is on the sixth or seventh day of the work week, there shall be an additional charge of a full day at straight time if wages are required to be paid for that day.

10.   **Indemnification**. ABM shall indemnify, defend and hold harmless Client from loss, liability, cost, or expense (including reasonable attorneys' fees) for bodily injury, death, and property damage (hereinafter, referred to as "Claims") but only to the extent Claims are caused by the negligence, misconduct, or other fault of ABM, its subcontractors, agents, and employees, and which arise out of Services performed under this Agreement. The foregoing provision shall only benefit Client if Client notifies ABM in writing of such Claim within five (5) days of same being reported to Client or its representative. Notwithstanding the foregoing, if ABM is required by Client to clean or wax floors when being used by employees, customers, tenants, or visitors, ABM shall not be responsible for any Claim in connection therewith. ABM shall not be liable for delay, loss, or damage caused by warfare, riots, strikes, boycotts, criminal acts, acts or omissions of others, fire, water damage, natural calamity, or causes beyond ABM's reasonable control. ABM shall not be liable for disposal of documents or valuable items left on floors, and Client shall indemnify and hold harmless ABM from Claims for such disposal. Client agrees to keep its facilities in a safe condition and in conformance with federal, state, and local laws, ordinances and regulations. Client shall indemnify, defend and hold harmless ABM from Claims to ABM's employees and others resulting from the condition of Client's premises or equipment, but only to the extent same are not caused by ABM's fault.

11.   **Insurance and Taxes**. ABM agrees to maintain in full force and effect during the term of this Agreement the following insurance coverage for the work performed for Client under this Agreement:

a.   Commercial General Liability insurance with limits for bodily injury and property damage of not less than $1,000,000 per occurrence, $2,000,000 general aggregate;

b.   Commercial Automobile Liability insurance with limits of liability for bodily injury and property damage of not less than $1,000,000 per occurrence; and

c.   Workers Compensation insurance with statutory limits and with an Employers Liability Coverage of at least $500,000.

d.   Sexual Misconduct & Molestation Liability insurance with limits of $3,000,000 per victim.

e.   Excess or Umbrella Liability insurance on a follow-form basis with respect to the Commercial General Liability, Employers' Liability, Commercial Automobile Liability, and Sexual Misconduct & Molestation Liability of not less than $5,000,000 per occurrence, $5,000,000 general aggregate.

ABM has the right to be self-insured where permitted by state law or to provide such coverage subject to a deductible or self-insured retention. ABM will provide Client with a certificate of insurance describing the coverage provided in accordance with these provisions and include Client as an additional insured. ABM, Client, and their insurers shall waive all rights of subrogation against one another for property damage claims. ABM shall be responsible for paying all payroll-based taxes affecting its employees. Client agrees to pay for any sales and use

*(Updated 2.1.23)*

taxes as well as increases in any taxes, workers' compensation, liability insurance, and other similar expenses of ABM.

12. **Independent Contractor**. ABM is an independent contractor and all persons employed to furnish the Services hereunder are employees of ABM and not of Client. The employees performing the Services for ABM will be employees of ABM, and ABM will pay for all wages, expenses, federal, and state payroll taxes and any similar tax relating to such employees; and will provide uniforms in accordance with ABM's established standards. If during the term of this Agreement or for ninety (90) days thereafter, Client directly or indirectly retains the services of any ABM employee, or former ABM employee within six (6) months of that employee's termination date who has provided services to Client on behalf of ABM, Client agrees that ABM will be damaged, but that the amount of this damage will be difficult to determine. Accordingly, Client agrees that for each such ABM employee hired by Client, Client will pay ABM the equivalent of one (1) year of that employee's annualized compensation while with ABM as liquidated damages. The foregoing shall not apply if the employee is hired by Client as a result of such employee's response to any general and public solicitation for positions (e.g., through newspaper advertisement, job board site, company website or headhunter).

13. **Employees**. Upon written request by Client, ABM will remove from service any employee assigned to Client's premises who has engaged in improper conduct, including without limitation, a breach of Client policies or failure to perform the duties herein, provided such request is in accordance with applicable laws and collective bargaining agreements. ABM shall supervise its employees through ABM's designated personnel. In the event Client assumes any supervisory duties toward the ABM's employees or directs their acts or services, Client shall assume responsibility and shall indemnify, defend, and hold ABM harmless from loss, liability, or expense arising therefrom.

14. **Use**. Client consents to ABM's use of Client's name, trademark, and/or logo in promotional materials, publicity releases, advertising, or any other similar publications or communications.

15. **Notices**. Notices, requests, demands, etc., shall be written and delivered or mailed with postage prepaid

to Client at:
Edward Waters University
1658 Kings Road
Jacksonville, FL 32209
ATTN: Dr. Archie Bouie II
a.bouie@ew.edu
(904) 470-8155

to ABM at:
ABM Industry Groups, LLC
1201 Stanford Drive
Coral Gables, FL 33146
ATTN: Wulf Werner, Regional Vice-President of Operations
With a copy to:
LegalNotice@abm.com
Attn: Deputy General Counsel, Education

16. **Facilities at Client Location.** If required to enable ABM to carry out the Services, Client will at its own expense provide at the Client's location(s) for ABM its employees, subcontractors, and agents: (a) such complete and uninterrupted access as ABM may reasonably require at the times set out in an attached Schedule; (b) all necessary utility services; (c) storage space that provides safe custody of ABM's supplies and equipment; and (d) such other facilities as ABM may reasonably need to perform the Services.

17. **Keys**. ABM shall not be provided master keys to any property. Should access to a master key be required, Client will provide a key box or lock box for such master key(s) at the property. Notwithstanding anything to the contrary in this Agreement, ABM shall not be responsible for any damages including, without limitation, any costs incurred in re-keying or changing locks caused by the loss or theft of such key(s).

18. **Force Majeure**. Neither party will be liable for any failure or delay in performing an obligation under this Agreement that is due to any of the following causes, to the extent beyond its reasonable control: acts of God, accident, riots, war, terrorist act, epidemic, pandemic, quarantine or government mandated shutdown, civil commotion, breakdown of communication facilities, natural catastrophes, strikes, fire, explosion, generalized lack of availability of supplies. For the avoidance of doubt, Force Majeure shall not include a party's financial inability to perform its obligations hereunder. The party affected by Force Majeure must provide prompt written notice (in

*(Updated 2.1.23)*

no event more than two (2) business days) to the other party upon the onset of the Force Majeure event, and such notice shall describe the event in detail with a reasonable approximation of the expected duration of the event's effect on the party.

**19.** **Entire Agreement.** This Agreement contains the entire agreement between the parties. All prior negotiations between the parties are merged in this Agreement, and there are no understandings or agreements other than those incorporated herein. This Agreement may not be modified except by written instrument signed by both parties. In the event of conflict between any of the foregoing provisions of this Agreement and any other contract, purchase order, agreement or specification between the parties, this Agreement shall be controlling. This Agreement shall inure to and bind the successors, assigns, agents and representatives of the parties.

**20.** **General Provisions.** This Agreement shall be interpreted so that all of the provisions herein are given as full effect as possible. If any term of this Agreement is to any extent illegal, otherwise invalid, or incapable of being enforced, such term shall be excluded to the extent of such invalidity or unenforceability; all other terms hereof shall remain in full force and effect; and to the extent permitted and possible, the invalid or unenforceable term shall be deemed replaced by a term that is valid and enforceable and that comes closest to expressing the intention of such invalid or unenforceable term. This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original and all of which shall constitute the same instrument.

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first written above.

**EDWARD WATERS UNIVERSITY**

By: _____

Name: _Dr. Archie L. Boike II_

Title: _VP/CFO_

Date: _5/23/2024_

**ABM INDUSTRY GROUPS, LLC**

By: _____

Name_____

Title: _____

Date: _____

*(Updated 2.1.23)*

## Exhibit A

## <u>Service Locations</u>

| Location Name | Address Number | *Street Address | *City | *State Code | *Zip |
|---|---|---|---|---|---|
| Lee Cousins Admin Bldg | 1658 | Kings Road | Jacksonville | FL | 32209 |
| Library | 1715 | Kings Road | Jacksonville | FL | 32209 |
| Student Union Building | 1743 | Kings Road | Jacksonville | FL | 32209 |
| Hatcher-Stewart Building | 1700 | Kings Road | Jacksonville | FL | 32209 |
| Salter Dormitory | 1749 | Kings Road | Jacksonville | FL | 32209 |
| Morris Cone (Male Dorm) A | 1580-1588 | Kings Road | Jacksonville | FL | 32209 |
| Morris Cone (Female Dorm) B | 1580-1588 | Kings Road | Jacksonville | FL | 32209 |
| MLK Building | 1735 | Kings Road | Jacksonville | FL | 32209 |
| Sheehee Physical Plant | 1704A | Kings Road | Jacksonville | FL | 32209 |
| Tookes Building | 1660 | Kings Road | Jacksonville | FL | 32209 |
| Print Shop | 1424 | Tyler Street | Jacksonville | FL | 32209 |
| Assessment Center/Office | 1651 | W. 5th Street | Jacksonville | FL | 32209 |
| Modular Locker Room | 1704 | Pearce Street | Jacksonville | FL | 32209 |
| Sports/Music Complex | 1859 | Kings Road | Jacksonville | FL | 32209 |
| Police Sub-station/Ed. Fac. | 1767 | Kings Road | Jacksonville | FL | 32209 |
| Green House/Storage | 1659 | W. 5th Street | Jacksonville | FL | 32209 |
| Polly Brooks Music Bldg. | 1404 | Tyler Street | Jacksonville | FL | 32209 |
| Schell-Sweet CRC Bldg. | 1697 | Kings Road | Jacksonville | FL | 32209 |
| Academic Affairs Bldg. | 1626 | Grunthal Street | Jacksonville | FL | 32209 |
| Tiger Landing  Dorm | 1780 | Pearce Street | Jacksonville | FL | 32209 |
| Honors Village Dorm | 1350 | Tyler Street | Jacksonville | FL | 32209 |
| Dot Street Dorm | 1640 | Dot Street | Jacksonville | FL | 32209 |
| Admissions Building | 1510 | Pierce Street | Jacksonville | FL | 32209 |
| Research Building | 1401 | Grunthal Street | Jacksonville | FL | 32209 |
| Black Male Explorers | 1603 | Kings Road | Jacksonville | FL | 32209 |
| Susie E. Tolbert Bldg. | 1665 | Pearce Street | Jacksonville | FL | 32209 |
| Student Affairs Bldg. | 1710 | Pearce Street | Jacksonville | FL | 32209 |
| Auxiliary Services | 1707 | Powhattan Street | Jacksonville | FL | 32209 |
| The Jones House | 1730 | Powhattan Street | Jacksonville | FL | 32209 |
| Maintenance Storage | 1655 | Dot Street | Jacksonville | FL | 32209 |
| Alumni Office | 1637 | Fairfax Street | Jacksonville | FL | 32209 |
| Storage | 1734 | 1W. 6th Street | Jacksonville | FL | 33309 |
| Facilities Storage | 1666 | Steele Street | Jacksonville | FL | 32209 |
| James Weldon Johnson ACT Center | 1840 | W. 9th Street | Jacksonville | FL | 32209 |
| 1673 W. 5th | 1673 | W. 5th street | Jacksonville | FL | 32209 |
| 1729 Owhatten | 1729 | Powhattan Street | Jacksonville | FL | 32209 |
| Stadium | 1658 | Kings Road | Jacksonville | FL | 32209 |

(Updated 2.1.23)

## Exhibit A

## Scope of Services

### Grounds Scope of Services

Area = Adminstration Area and High Profile Academic Quad

*APPA Level 2 High-level maintenance. Associated with well-developed public areas on college and university campuses and is the recommended level for most campuses.*

**Turf Care - Grass** cut once every five working days. Aeration as required but not less than two times per year. Reseed or replace sod when bare spots are present. Weed control practiced when weeds present a visible problem or when weeds represent 5 percent of the turf surface. Some pre-emergent products may be used at this level.

**Fertilizer** - Adequate fertilizer level to ensure that all plant materials are healthy and growing vigorously. Amounts depend on species, length or growing season, soils, and rainfall. Rates should correspond to at least the lowest recommended rates. Distribution should ensure an even supply of nutrients for the entire year. Nitrogen, phosphorus, and potassium percentages should follow local recommendations. Trees, shrubs, and flowers should receive fertilization levels to ensure optimum growth.

**Irrigation** - Sprinkle irrigated, electric automatic commonly used. Some manual systems could be considered adequate under plentiful rainfall circumstances and with adequate staffing. Frequency of use follows rainfall, temperature, season length, and demands of plant material.

**Litter Control** - Minimum of once per day, five days per week. Offsite movement of trash depends on size of containers and use by the public. High use may dictate daily or more frequent cleaning.

**Pruning - Usually** done at least once per season unless species planted dictate more frequent attention. Sculpted hedges or high-growth species may dictate a more frequent requirement than most trees and shrubs in natural-growth plantings.

**Disease and Insect Control** - Usually done when disease or insects are inflicting noticeable damage, are reducing vigor of plant material, or could be considered a bother to the public. Some preventive measures may be used, such as systemic chemical treatments. Cultural prevention of disease problems can reduce time spent in this category. Some minor problems may be tolerated at this level.

**Surfaces** - Should be cleaned, repaired, repainted, or replaced when their appearances have noticeably deteriorated.

**Repairs** - Should be done whenever safety, function, or appearance is in question.

**Inspections** - Inspection should be conducted by a staff member at least once a day when regular staff is scheduled.

**Floral Plantings** - Normally no more complex than two rotations of bloom per year. Care cycle is usually at least once per week, but watering may be more frequent. Health and vigor dictate cycle of fertilization and disease control. Beds essentially kept weed free.

*(Updated 2.1.23)*

## Grounds Scope of Services

**Area = All remaining areas of Edward Waters Campus**

**APPA Level 3** *Moderate-level maintenance. Associated with locations that have moderate to low levels of development or visitation, or with operations that, because of budget restrictions, cannot accord a high level of maintenance.*

**Turf Care** - Grass cut once every ten working days. Normally not aerated unless turf quality indicates a need or in anticipation of an application of fertilizer. Reseeding or re-sodding done only when major bare spots appear. Weed control measures normally used when 15 percent of small areas are weed infested or when 15 percent of the general turf is infested with weeds.

**Fertilizer** - Applied only when turf vigor seems to be low. Low-level application done once per year. Rate suggested is one-half the level recommended.

**Irrigation** - Dependent on climate. Locations that receive more than 25 inches of rainfall a year usually rely on natural rainfall with the possible addition of portable irrigation during periods of drought. Dry climates that receive less than 25 inches of rainfall usually have some form of supplemental irrigation. When irrigation is automatic, a demand schedule is programmed. Where manual servicing is required, the norm would be two to three times per week.

**Litter Control** - Minimum service of two to three times per week. High use may dictate higher levels during the warm season.

**Pruning** - When required for health or reasonable appearance. With most tree and shrub species, pruning would be performed once every two to three years.

**Disease and Insect Control** - Done only to address epidemics or serious complaints. Control measures may be put into effect when the health or survival of the plant material is threatened or when public comfort is an issue.

**Surfaces** - Cleaned on a complaint basis. Repaired or replaced as budget allows.

**Repairs** - Should be done whenever safety or function is in question.

**Inspections** - Inspections are conducted once per week.

*(Updated 2.1.23)*

## Maintenance Scope of Services for Edward Waters University

**Included Maintenance Duties**

The following represent the typical activities involved in the Maintenance Duties to be performed at the buildings included in the scope. Please note that this list is not meant to be all-encompassing and, after mutual agreement, can be amended or updated as needed by ABM and Edward Waters University.

MECHANICAL HVAC:

- Make minor repairs to all pneumatic controls

- Replace/install V-belts and sheaves on all indirect drive motors and apparatuses; replace/install flexible couplings and adjust keyways on direct drive motors and apparatuses.

- Carry out general lubrication as needed or at scheduled intervals (fittings, shaft drives, motors, pumps, etc.)

- Repair all minor mechanical equipment (motors, pumps, actuators, etc.); install new equipment when and where necessary.

- Perform comprehensive inspections on all HVAC equipment on a monthly basis (check belt tension on indirect driven motors; check condition of filters, coils, and fans; check amperages and voltage, and check all valves and associated piping for leaks, tears on insulated lines, rotting and corrosion of joints and unions, etc.)

- Change out all filters in air handling units (AHUs), stand-alone A/C units, and air- quality control devices on a monthly basis (or more frequently if needed).

- Clean out all strainers on HVAC piping throughout the building before seasonal start-ups of equipment (e.g. – pre-summer for cooling, pre-winter for heating). Check operation of all steam traps to ensure proper steam/condensate ratios.

- Perform daily blowdowns on boilers during heating season – surface and bottom – to ensure that boiler water tension is minimized and proper steam flow is maintained. Perform daily blowdown of low water cut-off to test/ensure proper operation - repair or replace apparatus immediately if faulty as this is a primary safety device.

- Check operation of pressure gauges, pressuretrols, manual reset pressuretrols, gas valves, and resets on boilers. Check operation of boiler water gauges (tri-cocks, etc.); clean boiler water gauge glass as needed.

- Troubleshoot issues with all heating and air-conditioning equipment; make minor repairs to same

- Check operation of air compressor and sewage pumps

ELECTRICAL:

- Replace 115-volt switches, fuses.

- Replace / repair incandescent, fluorescent, vapor, metal halide, and LED lamps and fixtures

- Properly use voltmeter, amp-meter, or multi-meter to check current, resistance, and conductivity in circuit breaker panels, electrical outlets, junction boxes, on fuses, and switches

- If required, read and record utility usage meter readings

- Immediately repair (or replace) faulty, broken, or missing EXIT signs

*(Updated 2.1.23)*

LAMP REPLACEMENT:

- Replace broken or missing globe/cover/
- Repair/replace broken fixtures
- Tighten/make secure loose outlet and switch covers
- Replace defective ballasts
- Secure/replace loose or missing switch covers
- Replace all burned out lamps

PLUMBING:

- Install / repair piping up to 1"
- Install / repair valves up to 1"
- Repair valves up to 5"
- Troubleshoot plumbing and waste water systems
- Repair/replace faulty toilets, urinals, and sinks; repair and replace, flush-o-meters, diaphragms and vacuum breakers.
- Remove blockages in all piping (waste, soil, etc.)
- Clear stoppages in toilets, urinals, and sinks

MECHANICAL:

- Be familiar with, and able to interpret and respond to alarms on the BAS system.
- Adjust heating and cooling controls (wall-mounted thermostats, control points on automated Building Management System (BMS). Input and set Occupied and Unoccupied modes for climate comfort as needed or as directed by Director of Buildings, Grounds, and Security; maintain all schedules
- Make minor repairs to all pneumatic controls
- Replace/install V-belts and sheaves on all indirect drive motors and apparatuses; replace/install flexible couplings and adjust keyways on direct drive motors and apparatuses.
- Carry out general lubrication as needed or at scheduled intervals (fittings, shaft drives, motors, pumps, etc.)
- Repair all minor mechanical equipment (motors, pumps, actuators, etc.); install new equipment when and where necessary.
- Perform comprehensive inspections on all HVAC equipment on a monthly basis (check belt tension on indirect driven motors; check condition of filters, coils, and fans; check amperages and voltage, and check all valves and associated piping for leaks, tears on insulated lines, rotting and corrosion of joints and unions, etc.)
- Change out all filters in air handling units (AHUs), stand-alone A/C units, and air- quality control devices on a monthly basis (or more frequently if needed).

*(Updated 2.1.23)*

- Clean out all strainers on HVAC piping throughout the building before seasonal start-ups of equipment (e.g. – pre-summer for cooling, pre-winter for heating). Check operation of all steam traps to ensure proper steam/condensate ratios.

- Perform daily blowdowns (if applicable) on boilers during heating season – surface and bottom – to ensure that boiler water tension is minimized, and proper steam flow is maintained. Perform daily blowdown of low water cut-off to test/ensure proper operation - repair or replace apparatus immediately if faulty as this is a primary safety device.

- Check operation of pressure gauges, pressuretrols, manual reset pressuretrols, gas valves, and resets on boilers. Check operation of boiler water gauges (tri-cocks, etc.); clean boiler water gauge glass as needed.

- Troubleshoot issues with all heating and air-conditioning equipment; make minor repairs to same **(excluding any refrigerant work, which requires EPA Universal Certification)**

- Check operation of air compressor and sewage pumps

## PAINTING, CARPENTRY, AND GENERAL MAINTENANCE

- Make minor repairs to sheetrock, replace where necessary or as directed.

- Repair and replace tch ceilings and ceiling tiles

- Perform minor touch-up painting where needed, or as directed

- Make minor repairs to (or install new) door holdbacks, door checks, closers, hinges, strikes, kick-plates, handles, and doorstops; ensure proper operation of same.

- Make minor repairs to locks, cylinders, cores, mortises, cores and associated hardware. Maintain inventory of all keys

- Make minor repairs to (or replace) broken internal window panes, counterweights, vision panels, and sashes.

- Mount and hang pictures, tack boards, smart boards, projector screens, supply dispensers, and posters.

- Assemble new furniture procured by the school, make minor repairs to existing items (e.g. – desks, computer workstations, bookcases, cabinets, etc.); move same to where required

- Repair bathroom partitions, wall and floor ceramic tiles

- Replace worn VC tiles, carpet tiles, or carpeting; install new where required. **No handling of Vinyl Asbestos Tile (VAT) or Asbestos Containing Materials (ACM) will be allowed.**

- Replace torn, worn, or missing baseboard (e.g. – cove base) where needed or as directed

- Repairs / replace stained, broken or missing ceiling tiles

- Repair or replace torn, ripped, broken, or missing blinds, room-darkening or privacy shades, and curtains. Repair or replace associated rods, draw sticks, cords, and/or roller chains.

(Updated 2.1.23)

Be able to use the minimum required hand and basic power tools to include  but not limited to the following:

1. Infrared Thermometer

2. Claw hammers

3. Hand saws

4. Power drills including hammer ½" chuck

5. Standard and locking pliers

6. Linesman's pliers

7. Screwdriver and nut-driver sets (both standard and metric)

8. Adjustable wrenches

9. Plungers

10. Plumber's snake (hand augers)

11. Power snake ¾"

12. Voltmeters, ammeters, and/or other test multi-meters

13. Ladders (6', 8' and 10')

14. Tool or gang boxes

15. Shovels

16. Oil cans and grease guns

17. Safety equipment (e.g. – particle/dust masks, work gloves, ear plugs, rubber-soled footwear, safety goggles, etc.)

18. Sanding blocks or sandpaper

*(Updated 2.1.23)*

**On Site Staffing Provided by ABM**

The following represents the on-site staffing that will be provided by ABM for the grounds and maintenance services:



*(Updated 2.1.23)*

## Exhibit B

## Pricing and Payment of Schedule

Pricing effective June 17, 2024 – June 16, 2025
Annual Cost: $1,194,353.00
Monthly Cost: $99,529.42

**Grounds Annual Costs** = $223,197.00
Includes:

- 1 – Working Supervisor
- 1 – Groundskeepers
- Fertilization and pest control for all high profile areas on campus
- Equipment and tools
- Scope of work will follow APPA Level 3 standards

**Maintenance Annual Costs** = $971,156.00
Includes:

- 1 – General Manager (over both services)
- 1 – Asst. Manager (working)
- 4 – Maintenance Employees
- $597,736 for management/labor & onboarding expenses/equipment/small tools/equipment repair/CMMS system/Energy Audit
- $73,420 – general supplies
- $300,000 repair allowance which includes:
    - General repairs
- CMMS Program – Brightly included
- Energy Audit included

**Pricing Assumptions:**

- All repairs will be billed against the repair allowance of $300,000 for the year.
- Any repair under $1,500 will be automatically performed by ABM and applied to the $300,000 allowance. Any repair above $1,500 will require permission from Edward Waters University and will be applied to the $300,000 allowance.
- Any repairs beyond $300,000 will be billed to the EWU with the payment expected upon receipt.
- Regardless of the repair costs, a monthly report of all repairs and their respective costs will be provided to EWU for tracking purposes.

*(Updated 2.1.23)*



**Building Value**

## Letter of Agreement

Dear Dr. Bouie,

On May 22, 2024, ABM and Edward Waters University came to a mutual agreement concerning the annual scholarship provided by ABM to Edward Waters University.  Under this agreement, ABM will provide an annual scholarship to Edward Waters University in the amount of $30,000.  This scholarship will be provided annually as long as the Service Agreement between ABM and Edward Waters University for maintenance and grounds services is in effect.

| | |
|---|---|
| Edward Waters University | ABM Industry Groups, LLC |
| 1658 Kings Road | 1201 Stanford Drive |
| Jacksonville, FL 32209 | Coral Gables, FL 33146 |
| ATTN: Dr. Archie Bouie II, CFO | ATTN: Wulf Werner, Regional VP – Operations |

Edward Waters University

By: _____

Name: Archie L. Bouie II

Title: VP/CFO

Date: 5/23/2024

ABM Industries Group, LLC

By: _____

Name: Wulf Werner

Title: Regional Vice President

Date: 5.23.2024